# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA CEBREROS GUEVARA,<br><br>Defendant. | 2:12-cr-00303-APG-CWH<br><br>**ORDER (1) GRANTING MOTION FOR RECONSIDERATION AND (2) APPOINTING COUNSEL**<br><br>(ECF No. 85) |

Defendant Sandra Cebreros Guevara previously moved for appointment of counsel to assist her in filing and prosecuting a motion under 28 U.S.C. § 2255. ECF No. 83. I denied the motion. ECF No. 84. Guevara moves for reconsideration. On reconsideration and for good cause, I grant the motion.

IT IS HEREBY ORDERED that defendant Sandra Cebreros Guevara's motion for reconsideration (**ECF No. 85) is GRANTED**.

IT IS FURTHER ORDERED that the clerk of court is directed to notify the CJA clerk to appoint new counsel to evaluate whether Sandra Cebreros Guevara has grounds to file a motion under 28 U.S.C. § 2255 and, if so, to prepare and file the motion.

DATED this 2nd day of August, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE