# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00303-1-APG-CWH |
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| v. | |
| SANDRA CEBREROS GUEVARA, | |
| Defendant. | |

I previously granted defendant Sandra Cebreros Guevara's motion to reconsider and ordered that counsel be appointed for her. ECF No. 86.  Apparently, counsel has not yet been appointed.

IT IS THEREFORE ORDERED that Lisa Rasmussen, Esq. is appointed to represent Sandra Cebreros Guevara for a motion under 28 U.S.C. § 2255.

DATED this  15th day of January 2019.
*Nunc Pro Tunc*: August 2, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE