# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff<br><br>v.<br><br>SANDRA CEBREROS GUEVARA,<br><br>　Defendant | Case No.: 2:12-cr-00303-APG-CWH<br><br>**Order Setting Deadline to File Motion to Vacate** |

　　　On January 1, 2019, Sandra Cebreros Guevara filed a motion to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255. ECF No. 87. On January 15, 2019, I appointed Lisa Rasmussen, Esq. to represent Guevara in these proceedings. To date, no updated or amended motion has been filed. I therefore set a deadline for Guevara to file either an amended motion to vacate or a notice that she does not intend to file an amended motion.

　　　IT IS THEREFORE ORDERED that on or before April 26, 2019, Sandra Cebreros Guevara shall file either an amended motion to vacate or a notice that she does not intend to file an amended motion.

　　　DATED this 2nd day of April, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE