# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SANDRA CEBREROS GUEVARA,<br><br>Defendant | Case No.: 2:12-cr-00303-APG-CWH<br><br>**Order Denying Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255**<br><br>[ECF No. 87] |

Defendant Sandra Cebreros Guevara filed a motion to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255. ECF No. 87. She filed her original motion pro se. *Id.* It does not identify any basis for relief. *Id.* She attached a letter to her motion requesting that I appoint counsel to assist her, which I granted. *Id.*; ECF No. 88. I directed counsel to file either an amended motion to vacate or a notice that counsel does not intend to file an amended motion. ECF No. 89. Counsel filed a notice indicating that she could not "identify any cognizable issue to add to the 2255 Motion." ECF No. 90.

Because no ground has been identified to vacate, set aside, or correct Cebreros Guevara's sentence, I deny her § 2255 motion. To appeal this order, Cebreros Guevara must receive a certificate of appealability from a circuit or district judge. 28 U.S.C. § 2253(c)(1)(B); Fed. R. App. P. 22(b)(1); 9th Cir. R. 22-1(a). To obtain a certificate of appealability, she "must make a substantial showing of the denial of a constitutional right, a demonstration that . . . includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000)

(quotation omitted). Given that Cebreros Guevara has not identified any basis for relief, I deny a certificate of appealability.

IT IS THEREFORE ORDERED that defendant Sandra Cebreros Guevara's motion to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255 **(ECF No. 87) is DENIED**.

IT IS FURTHER ORDERED that the clerk of court is directed to enter a separate civil judgment denying defendant Sandra Cebreros Guevara's § 2255 motion. The clerk shall file this order and the civil judgment in this case and in the related civil case number 2:19-cv-00058-APG.

DATED this 2nd day of May, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE