# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00303-APG-CWH |
| Plaintiff | **Order Denying Motion for Reduction of Sentence** |
| v. | [ECF No. 94] |
| SANDRA CEBREROS GUEVARA, | |
| Defendant | |

Defendant Sandra Cebreros Guevara filed a motion seeking a reduction of her sentence or for early release. ECF No. 94. I "may not modify a term of imprisonment once it has been imposed" unless Cebreros Guevara qualifies under some specified exceptions. 18 U.S.C. § 3582(c). None of those exceptions applies here. She also requests a reduction under the "Second Chance Act of 2007" or the "First Step Act of 2018." But she does not qualify under either of those statutes. Therefore, I cannot grant her motion.

I THEREFORE ORDER that defendant Sandra Cebreros Guevara's **(ECF No. 94) is DENIED**.

DATED this 25th day of February, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE